485 P.2d 822

Ronald **WILTBANK**, Appellant,

v.

**LYMAN WATER COMPANY**, Appellee.

No. 10375–PR.

Supreme Court of Arizona.

May 25, 1971.

UDALL and CAMERON, JJ., disqualified.